IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:09CR457 |
| v. | ) | |
| SHANNON WILLIAMS, CHRISTOPHER PARROTT, ANTHONY PARROTT, DESHAWN HERNANDEZ, VICKI CASS, SARA JARRETT, AMY GRIFFITH, DANIEL BOUQUET, YVONNE ACKERLY, JAMIE ACKERLY, | ) | ORDER |
| Defendants. | ) | |

This matter is before the court on defendants' motions for extension of time to file pretrial motions. Upon review of the file, the court finds that an extension of approximately 30 days should be granted. Pretrial Motions shall be filed by February 16, 2010. The extension shall apply to all defendants.

**IT IS ORDERED:**

1. The MOTION FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MOTIONS [91] FILED BY SHANNON WILLIAMS, MOTION TO EXTEND TIME IN WHICH TO FILE PRETRIAL MOTIONS [92] FILED BY CHRISTOPHER PARROTT, MOTION FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MOTIONS [94] FILED BY ANTHONY PARROTT, MOTION TO CONTINUE PRETRIAL MOTION DEADLINE [85] FILED BY DESHAWN HERNANDEZ, MOTION FOR EXTENSION OF TIME FOR FILING PRETRIAL MOTIONS [87] FILED BY VICKY CASS, MOTION FOR ENLARGEMENT OF TIME TO FILE PRETRIAL MOTIONS [90] FILED BY YVONNE ACKERLY AND MOTION TO CONTINUE PRETRIAL MOTIONS [96] FILED BY JAMIE ACKERLY are granted. Pretrial motions shall be filed on or before **February 16, 2010.**

2. The extension shall apply to all defendants.

3. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional time arising as a result of the granting of the motion, i.e., **the time between January 15, 2010 and February 16, 2010**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act for the reason defendant's counsel required additional time to adequately prepare the case, taking into consideration due diligence of counsel, and

the novelty and complexity of this case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

**DATED this 14th day of February, 2010.**

**BY THE COURT:**

**s/ F.A. Gossett
United States Magistrate Judge**