IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
           Plaintiff,          )         8:09CR457
                               )
     v.                        )
                               )
SHANNON WILLIAMS,              )         ORDER
                               )
           Defendant.          )
_____)
```

After scheduling conference with counsel,

IT IS ORDERED:

1) The statement of objection to magistrate judge's order (Filing No. 168) is granted.  Subject to the filing of a written waiver of speedy trial, the deadline for filing of pretrial motions is extended to **April 16, 2010**.  The parties will have time to review the evidence as noted on the record during the scheduling conference and to file any pretrial motions, and the extension will give the parties additional time to pursue plea negotiations or prepare for trial.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between March 1, 2010, and April 16, 2010, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

2) Defendant's motion for stay (Filing No. 169) is denied as moot.

DATED this 1st day of March, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court