# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 8:09cr457 |
| vs. | ) ) | ORDER |
| SHANNON WILLIAMS, | ) ) | |
| Defendant. | ) ) | |

A hearing was held May 24, 2010 on the defendant's Motion for Discovery (Filing No. 217). For the reasons stated on the record,

**IT IS ORDERED** that the motion (Filing No. 217) is granted in part, and denied in part, as follows:

1. Defendant's request to interview Terry L. Haddock is denied. The Federal Rules of Criminal Procedure do not compel such an interview, and the defendant has cited no authority supporting this request.

2. Defendant's request for leave to call government agents at the May 24, 2010 hearing regarding the existence of exculpatory evidence is denied. The defendant failed to produce any information suggesting that exculpatory reports exist or have not been produced by the government.

3. The motion is granted with respect to the 180 hours of recordings of jailhouse conversations between Richard Conway and Terry L. Haddock, in that the United States shall produce to the defendant any portions of the conversations containing exculpatory evidence. The information may be produced in segments, but production must be completed no later than **June 15, 2010.**

4. The government's request for a protective order (see Filing No. 227) regarding the contents of Sealed Exhibit 1, introduced at the May 24, 2010 hearing, is denied; *however*, Exhibit 1 shall remain sealed until further order of the court.

5. The government's request that defendant Williams' pretrial motions be set for a consolidated hearing is granted. By separate order, all motions will be set for a consolidated evidentiary hearing commencing **August 3, 2010.**

**IT IS FURTHER ORDERED** that defendant's Motion for Enlargement of Time to File Pretrial Motions (Filing No. 220) is denied.

A party may object to a magistrate judge's order by filing an "Objection to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

**DATED May 24, 2010.**

                                **BY THE COURT:**

                                **s/ F.A. Gossett**
                                **United States Magistrate Judge**