# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:09CR457 |
| vs. ) | |
| ) | ORDER |
| SHANNON WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

Attorney James J. Regan advised the court that he cannot represent the defendant because of a conflict of interest. The defendant remains eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A, and the Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED**:

1. The appearance of James J. Regan as counsel for the defendant, Shannon Williams, is hereby terminated.

2. **Robert B. Creager** is appointed to represent the above-named defendant pursuant to 18 U.S.C. §3006A(f). At the time of the entry of judgment herein, defendant shall file a current and complete financial statement to aid the court in determining whether any portion of counsel's fees and expenses should be reimbursed by defendant.

3. To facilitate this appointment, the Federal Public Defender shall forthwith provide the court with a draft appointment order (CJA Form 20).

4. The Clerk shall provide a copy of this order to the Federal Public Defender, and James J. Regan.

**DATED June 7, 2010.**

                                        **BY THE COURT:**

                                        **s/ F.A. Gossett**
                                        **United States Magistrate Judge**