IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:09 CR 457 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR TRANSPORTATION ORDER

Comes now the Defendant, by and through counsel, and moves the Court for an order directing the Marshall to transport the Defendant to a place where he may view computer generated discovery, and shows to the Court as follows:

1) That the Defendant is in custody in Council Bluffs, Iowa.

2) That the Defendant's counsel is in Lincoln, Nebraska.

3) That the government has provided discovery in this case which is exclusively contained on disks or the media which can only be viewed by the use of a computer.

4) That the Defendant does not have access to a computer.

5) That the Defendant has previously been given access to a computer in secure location, under the supervision of the Marshall, to review the contents of the previous discovery.

6) That since then, the government has provided substantial additional materials which the Defendant has a right to review.

7) That it would be consistent with Due Process of Law and the Right to Counsel, for the Defendant to be given access to such discovery, under the supervision and direction of the Marshal.

WHEREFORE, the Defendant prays for an order directing the Marshall to transport the Defendant to a secure location, where he may have access to a computer to review additional discovery materials provided in this case.

SHANNON WILLIAMS, Defendant

*s/Robert B. Creager*
Robert B. Creager # 15370
ANDERSON, CREAGER &
  WITTSTRUCK, P.C.
1630 K Street
Lincoln, NE 68508
402-477-8800
rcreager@acwlaw.com
Attorney for Defendant

CERTIFICATE OF SERVICE

I certify that on June 30, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to:

Maria R. Moran
Assistant United States Attorney

*s/Robert B. Creager*