IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) 8:09cr457 |
| SHANNON WILLIAMS, SARA JARRETT, and DESHAWN HERNANDEZ, | ) ) ORDER ) ) |
| Defendants. | ) |

This case is before the magistrate judge for full pretrial supervision and on the following motions:

- 210 Defendant Hernandez' Motion to Suppress Evidence, filed 4/16/2010; set for hearing 8/3/2010
- 211 Defendant Hernandez' Motion to Dismiss, filed 4/16/2010; set for hearing 8/3/2010
- 213 Defendant Williams' Motion to Dismiss Indictment or to Suppress Evidence and Statements, filed 4/16/2010; set for hearing 8/3/2010
- 215 Defendant Williams' Motion to Suppress, filed 4/16/2010; set for hearing 8/3/2010
- 219 Defendant Williams' Rule 12(b)(4)(B) Motion, filed 4/16/2010; set for hearing 8/3/2010
- 351 Government's Motion for the Court to Inquire Into Defendant Williams' Indigency, filed 7/14/2010
- 353 Defendant Williams' Motion to Continue the 8/3/2010 Hearing, filed 7/16/2010
- 354 Defendant Williams' Motion for Leave to File Additional Pretrial Motions, filed 7/16/2010

Defendant Williams was arraigned on December 21, 2009, at which time the pretrial motion deadline was set for January 15, 2010. The pretrial motion deadline was extended three times and expired on April 16, 2010, as to all defendants. At defendant Williams' request, the court appointed substitute counsel for him on June 7, 2010. No recordings or other materials have been submitted to the magistrate judge for *in camera* review. Trial is set for Monday, November 29, 2010 before Senior Judge Lyle E. Strom.

For good cause shown, the court finds that the August 3, 2010 hearing should be continued to August 17-19, 2010. If the hearing cannot be concluded during that week, it will resume on Tuesday, September 14, 2010 at 9:00 a.m.

The court requires further information on the government's Motion to Inquire Into Defendant Williams' Indigency (#351) and defendant Williams' motion for leave to file additional pretrial motions (#354). In light of *United States v. Fincher*, 538 F.3d 868 (8th Cir. 2008), *cert. denied*, 129 S. Ct. 1369 (2009), the court will require defendant Williams to respond to the government's motion. Because the pretrial motion deadline expired nearly three months ago and court has already ruled on numerous issues in this case, defendant Williams will be required to supplement his motion by filing, under seal, an evidence index containing the additional motions he wishes to file.

**IT IS ORDERED:**

1. The hearing on the following motions is continued from August 3, 2010 to **Tuesday, August 17, 2010 at 9:00 a.m.**

   - 210  Defendant Hernandez' Motion to Suppress Evidence
   - 211  Defendant Hernandez' Motion to Dismiss
   - 213  Defendant Williams' Motion to Dismiss Indictment or to Suppress Evidence and Statements
   - 215  Defendant Williams' Motion to Suppress
   - 219  Defendant Williams' Rule 12(b)(4)(B) Motion

If the hearing is not concluded by August 19, 2010, it will resume on **Tuesday, September 14, 2010 at 9:00 a.m.**

2. Defendant Williams shall respond to the government's motion to inquire as to the status of his indigency (#351). The response shall be filed no later than **July 29, 2010** and may be filed under seal, if necessary.

3. Defendant Williams shall file an evidence index supplementing his Motion for Leave to File Additional Pretrial Motions (#354). The evidence index shall be filed under seal, no later than **July 29, 2010**, and shall include all additional motions defendant Williams proposes to file.

4. All requests for subpoenas shall be submitted to the undersigned as soon as is practicable.

**DATED July 19, 2010.**

        **BY THE COURT:**

        **s/ F.A. Gossett**
        **United States Magistrate Judge**