# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 8:09CR457 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| SHANNON WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

This case is before the Court on the defendant's Motion for Extension of Time to Review Discovery Materials and Transportation Order (#367). For the reasons set out in the motion,

**IT IS ORDERED:**

1. The Motion for Extension and Transportation (#367) is granted.

2. Subject to the admonitions concerning the behavior of the defendant, the United States Marshal shall transport him to the Roman L. Hruska United States Courthouse to review the discovery provided by the government which is contained on disks or other media.

3. That, under the supervision of the United States Marshal and in a secure location, the defendant shall be given access to a computer provided by defendant's counsel, to review the contents of the discovery.

4. Defendant is given until **August 6, 2010** to complete this review.

5. The Clerk is directed to provide copies of this order to the United States Marshal.

Dated this 23rd day of July 2010.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge