IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | 8:09cr457 |
| SHANNON WILLIAMS, | ) | |
| SARA JARRETT, and | ) | ORDER |
| DESHAWN HERNANDEZ, | ) | |
| | ) | |
| Defendants. | ) | |

This case is before the magistrate judge for full pretrial supervision and on the defendant Shannon Williams' Motion for Leave to File Additional Pretrial Motions (Doc. 354). Defendant supplemented the motion in accordance with the court's July 19, 2010 Order (Doc. 358), requesting leave to file a motion to disqualify government counsel (Doc. 371-1) and two discovery motions (Docs. 371-3 and 371-4).

The court finds that defendant should be given leave to file the motion to disqualify government counsel, but reserves ruling on the two proposed discovery motions.

**IT IS ORDERED :**

1. Defendant's Motion for Leave to File Additional Pretrial Motions (Doc. 354) is granted as to the proposed Motion to Disqualify Government Counsel (Doc. 371-1) and brief in support thereof (Doc. 371-2). The motion and brief (Docs. 371-1 and 371-2) are deemed filed *instanter*. The government shall file its response to this motion no later than **Thursday, August 5, 2010**. The Motion to Disqualify Government Counsel will be the first issue addressed during the August 17, 2010 hearing.

2. The Motion for Leave to File Additional Pretrial Motions (Doc. 354) remains under advisement as to the defendant's two proposed discovery motions (Doc. 371-3 and 371-4).

**DATED July 30, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**