# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:09-cr-00457-LES-FG3 |
| SHANNON WILLIAMS, | ) ) | ORDER |
| Defendant. | ) | |

This case is before the magistrate judge for full pretrial supervision and on the defendant Shannon Williams' Motion for Leave to File Additional Pretrial Motions (Doc. 354). Defendant supplemented the motion in accordance with the court's July 19, 2010 Order (Doc. 358), requesting leave to file two motions for leave to conduct discovery depositions (Docs. 371-3 and 371-4). The defendant's previous request for similar discovery was denied (*see* Doc. 256).

The court finds that defendant Williams should not be allowed to file the two proposed discovery motions (1) because the motions are untimely, and (2) the information and depositions requested do not fall within the scope of the discovery allowed by Fed. R. Crim. P. 15 and 16.

A party may object to this order by filing an "Objection to Magistrate Judge's Order" no later than Monday, August 9, 2010. The objecting party must comply with all requirements of NECrimR 59.2.

**IT IS SO ORDERED.**

**DATED August 6, 2010.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**