IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| DESHAWN HERNANDEZ and | ) | |
| SARA JARRETT, | ) | |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that a status and scheduling conference is scheduled for:

**Friday, October 22, 2010, at 1 p.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  All counsel and all defendants shall be present unless counsel advises the Court in advance that their defendant need not be in attendance.

DATED this 14th day of October, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court