IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

After hearing held on October 22, 2010,

IT IS ORDERED that Ray E. Richards, II, 29488 Woodward Avenue, Suite 444, Royal Oak, Michigan, 48073, is appointed to represent defendant Williams pursuant to the Criminal Justice Act.

DATED this 25th day of October, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court