IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| DESHAWN HERNANDEZ and | ) | |
| SARA JARRETT, | ) | |
| | ) | |
| Defendants. | ) | |

After hearing held on November 15, 2010,

IT IS ORDERED:

1) Ray E. Richards, II, 29488 Woodward Avenue, Suite 444, Royal Oak, Michigan, 48073, is removed as counsel for defendant Williams.

2) Michael J. Tasset, Post Office Box 62, Oakland, Nebraska, 68045, is reappointed to represent defendant Williams.

3) The hearing on all pending motions is rescheduled for:

**Monday, November 29, 2010, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

4) Trial of this matter is rescheduled for:

**Monday, January 3, 2011, at 9 a.m.**

Courtroom No. 1, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 15th day of November, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court