```
IN THE UNITED STATES DISTRICT COURT FOR THE

             DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )    8:09CR457
                             )
     v.                      )
                             )
SHANNON WILLIAMS,            )    ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on four motions filed by defendant Shannon Williams. The Court has reviewed the motions and finds as follows:

IT IS ORDERED:

1. Pursuant to the discussion held at today's hearing, Williams' Motion to Produce (Filing No. 567) is denied without prejudice;

2. Williams' Motions for Issuance of Subpoena *in Forma Pauperis* pursuant to Fed. R. Crim. P. 17(c) (Filing Nos. 563 and 565) are granted;

3. Williams' Motion for Issuance of Subpoena (Filing No. 569) is granted.

DATED this 30th day of November, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court