IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

On oral motion of the defendant,

IT IS ORDERED that defendant's motion is granted. Defendant may issue a subpoena commanding Bruce D. Gutkik, M.D., 10050 Regency Circle, #501, Omaha, Nebraska 68114, to appear at a hearing on Wednesday, December 8, 2010, at 2 p.m., Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 6th day of December, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court