IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **8:09CR457** |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| | ) | |
| **SHANNON WILLIAMS,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the government's Motion to Unseal Recordings [587] and the defendant's objection thereto [588]. The audio recordings of hearings held May 7, 2010 and June 1, 2010 regarding the appointment of new counsel were sealed by the court. Defendant's motion to determine competency [573] is now pending before Judge Strom. The government believes that the sealed proceedings would provide information regarding the defendant's competency. The court finds that the recordings should remain sealed due to the attorney/client relationship.

**IT IS ORDERED:**

1. The government's Motion to Unseal Recordings [587] is denied.

2. The defendant's Objection to Motion to Unseal Recordings [588] is granted in part, noting that the proceedings will remain sealed but are available to Senior Judge Strom should he wish to review them for purposes of determining the defendant's competency.

3. The Clerk of Court is ordered to upload the sealed audio of the May 7, 2010 hearing.

**DATED this 7th day of December, 2010.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**