IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on several pro se motions defendant Shannon Williams has filed (Filing Nos. 534, 537, 538, 539, 540, 542, 543, 544, 545, 546, 547, and 550). Previously, the Court had received copies of these motions from Williams, which the Court returned to Williams' then retained counsel, Ray E. Richards II, at a hearing on October 22, 2010 (Filing No. 532). At the hearing, the Court informed Williams that it would no longer accept any further pleadings drafted by Williams while Williams had retained counsel. Thereafter, a conflict developed between Williams and Richards, resulting in the re-appointment of Williams' current attorney, Michael J. Tasset (Filing No. 554). Prior to Richard's removal from the case, however, Richards filed via CM/ECF Williams' previously unaccepted pro se motions. The Court notes that at all relevant times, Williams has been represented by counsel. Because Williams at all relevant times has been represented by counsel,

the Court will not consider Williams' pro se motions.  *Cf.* NEGenR. 1.3(i).  Accordingly,

IT IS ORDERED that Williams' pro se motions (Filing Nos. 534, 537, 538, 539, 540, 542, 543, 544, 545, 546, 547, and 550) are stricken.

DATED this 13th day of December, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court