IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on third-party witness Todd Cooper's motion to quash subpoena (Filing No. 489). At today's hearing, counsel for defendant Shannon Williams represented that Williams had released Cooper from the subpoena. Accordingly,

IT IS ORDERED that Todd Cooper's motion to quash subpoena is denied as moot.

DATED this 14th day of December, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court