IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:09 CR 457 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | |
| | ) | |
| Defendant. | ) | |

MOTION FOR LEAVE TO FILE MOTION UNDER SEAL

Comes now the Robert B. Creager and moves the Court for leave to file under seal, a certain motion filed contemporaneously herewith.

WHEFEFORE, the applicant prays for an order accordingly.

SHANNON WILLIAMS, Defendant

*s/Robert B. Creager*
Robert B. Creager # 15370
ANDERSON, CREAGER &
   WITTSTRUCK, P.C.
1630 K Street
Lincoln, NE 68508
402-477-8800
rcreager@acwlaw.com
Attorney for Defendant