IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:09CR457
                             )
      v.                     )
                             )
SHANNON WILLIAMS,            )        ORDER
DESHAWN HERNANDEZ,           )
SARA JARRETT,                )
                             )
            Defendants.      )
_____)
```

At the request of counsel,

IT IS ORDERED:

1) Defendants shall file briefs on or before February 7, 2011.

2) Defendant Shannon Williams may submit a brief, if he so chooses, on or before February 7, 2011.

3) All other dates established for submission of briefs and the trial date remain unchanged.

DATED this 27th day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court