IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | AMENDED ORDER |
| DESHAWN HERNANDEZ, | ) | |
| SARA JARRETT, | ) | |
| | ) | |
| Defendants. | ) | |

At the request of counsel,

IT IS ORDERED:

1) Defendants shall file briefs on or before February 7, 2011.

2) Defendant Shannon Williams may submit a brief, if he so chooses, on or before February 7, 2011.

3) Plaintiff shall have until February 28, 2011, to file its brief.

4) All other dates established for submission of briefs and the trial date remain unchanged.

DATED this 28th day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court