IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on a pro se motion submitted by defendant Shannon Williams. At a hearing on October 22, 2010, the Court informed Williams that it would no longer accept any further pleadings drafted by Williams while Williams has counsel. Defendant continues to ignore that order. He is represented by counsel, and pursuant to NEGenR. 1.3(i), motions or other pleadings which Williams seeks to file will be returned to him. Accordingly,

IT IS ORDERED:

1) The Clerk of Court shall retain a copy but return Williams' pro se motion to him.

2) Any further motions or other pleadings submitted pro se by defendant Williams shall be copied, with the original returned to Williams.

DATED this 17th day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court