IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )         8:09CR457
                               )
     v.                        )
                               )
SHANNON WILLIAMS,              )         ORDER
                               )
             Defendant.        )
_____)
```

This matter is before the Court on defendant's motion to proceed *pro se*. The Court directs the clerk's office to file this motion.

IT IS ORDERED that a hearing is scheduled for:

**Friday, February 25, 2011, at 11 a.m**.

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 18th day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court