IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the motion for leave to file motion under seal (Filing No. 652) and the motion of Robert B. Creager for order authorizing final payment (Filing No. 653). Because Mr. Creager's representation of defendant is complete and the hardship on counsel of waiting for the conclusion of this matter, pursuant to Paragraph 2.30A of the Guidelines of the Administration of the Criminal Justice Act, the motion authorizing final payment will be granted, as will the motion for leave to file motion under seal. Accordingly,

IT IS ORDERED:

1) The motion for leave to file motion under seal is granted. Filing No. 653 shall remain sealed pending further order of the Court.

2) The motion for order authorizing final payment is granted. The final voucher shall be supported by detailed and itemized time and expense statements in accordance with Chapter

II, Part C of the Guidelines for the Administration of the Criminal Justice Act.

DATED this 16th day of February, 2011.

BY THE COURT:

_____
LYLE E. STROM, Senior Judge
United States District Court

APPROVED AS TO FORM AND CONTENT:

_____
WILLIAM JAY RILEY, Chief Judge
United States Court of Appeals
   for the Eighth Circuit

DATED: Feb. 17, 2011