In The United States District Court
For The District Of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
11 FEB 18 PM 2:30
OFFICE OF THE CLERK

| United States | Case No. 09-CR-457 |
|---|---|
| V | Motion To Proceed Pro Se |
| Shannon Williams | |

Now Comes Shannon Williams, pro-se & Respectfully moves the court to proceed pro-se; And file motions

In support of this motion Read pgs 1611-1616 of December Hearings.

Attorney Tasset is "playing this A close to the fence As needs to be."

I deserve a Real attorney. Tasset tells the court I am getting him in "trouble" & he want listen to me. He's has to get this case over with. Etc. According to professional people. Read the transcript pg 1611-1616

Respectfully Submitted February 16th 2011

Signed [signature]

Certificate Of Service

I Shannon Williams, sent a copy to Susan Lehr 1620 Dodge St Omaha NE 68102

[signature]

Ohnwood Williams
1400 Big Lake Rd
Council Bluffs, IA
51501

Legal Mail

Clerk of the U.S. District Ct.
111 S. 18th Plaza
Omaha, NE. 68102-1322

6810232077

OMAHA NE 680
17 FEB 2011 PM 4

SENT FROM A JAIL FACILITY
CONTENTS NOT CENSORED