IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:09CR457
                               )
      v.                       )
                               )
SHANNON WILLIAMS,              )         ORDER
                               )
            Defendant.         )
_____)
```

Robert Creager ("Creager"), former counsel for defendant Shannon Williams ("Williams"), filed a Motion to File Additional Pretrial Motions on July 16, 2010 (Filing No. 354). On July 29, 2010, pursuant to Magistrate Judge F.A. Gossett's Order (Filing No. 358), Creager subsequently filed an Index of Proposed Motions, which included a Motion to Disqualify Government Counsel (Filing No. 371-1). On July 30, 2010, Magistrate Judge Gossett granted the Motion to File Additional Pretrial Motions (Filing No. 354) in part, and deemed the Motion to Disqualify Government Counsel and its supporting brief (Filing Nos. 371-1 & 371-2) as filed instanter (Filing No. 374). The government responded to the Motion to Disqualify Government Counsel on August 5, 2010 (Filing No. 382).

The Motion to Disqualify Government Counsel moves the Court to conduct a hearing to determine whether good cause exists to disqualify Assistant United States Attorney Maria Moran ("Moran") from participating as counsel for the government in

connection with the evidentiary hearing on Williams' motion to dismiss indictment or suppress evidence and statements (Filing No. 213) and motion to suppress (Filing No. 215) because (among several reasons) Moran could be a material witness for the defense on the issue of what knowledge the government possessed as to the nature of the relationship between Terry Haddock and Williams.

The hearing on Williams' motions to dismiss/suppress was concluded in December of 2010.  At that time, Williams was represented by Michael Tasset ("Tasset").  Tasset did not ask the Court for leave to call Moran as a witness for the defense during the hearing on Williams' motions to dismiss/suppress, and Moran has now retired from the United States Attorney's Office and no longer represents the government in this case.  Thus, the Motion to Disqualify Government Counsel (Filing No. 371-1) will be denied as moot.

IT IS ORDERED that the defendant's Motion to Disqualify Government Counsel (Filing No. 371-1) is denied as moot.

DATED this 23rd day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court