IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on several pretrial motions the parties have filed. Defendant Shannon Williams filed a motion pursuant to Fed. R. Crim. P. 12(b)(4) seeking to have the Government identify any and all evidence it intends to use against Williams in its case-in-chief at trial (Filing No. 219). Williams also filed an objection (Filing No. 389) to an order of the magistrate judge (Filing No. 386), which denied two discovery motions. The Government has also filed a motion to inquire into Williams' indigency (Filing No. 351).

Regarding the objection to the magistrate judge's order, the Court has reviewed the order and Williams' brief in support of the objection. The Court finds Williams' objection should be overruled and the magistrate judge's order should be affirmed. The other motions should be denied without prejudice.

IT IS ORDERED:

1) Williams' motion pursuant to Fed. R. Crim. P. 12(b)(4) (Filing No. 219) is denied without prejudice;

2) Williams' objection to the magistrate judge's order (Filing No. 389) is overruled and the order is affirmed; and

3) The Government's motion to inquire into defendant's indigency (Filing No. 351) is denied without prejudice.

DATED this 28th day of February, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court