IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:09CR457 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **AFFIDAVIT OF MICHAEL J.** |
| | ) | **TASSET** |
| SHANNON WILLIAMS, et al, | ) | |
| | ) | |
| Defendant. | ) | |

STATE OF NEBRASKA   )
                    ) ss.
COUNTY OF BURT      )

Michael J. Tasset, being first duly sworn, states as follows:

1. I am counsel of record for Defendant Shannon Williams in the above-encaptioned matter.

2. Filed herewith is a Motion for Issuance of Subpoena *in forma pauperis*. This affidavit is tendered in support of that motion pursuant to *NECrimR* 17.2(b)(1).

3. Williams' motion seeks the production to him of log records establishing the dates on which Richard Conway was visited by Eric Whitner in the first part of December, 2008, and records evidencing visits had by Conway and Williams with Terry L. Haddock on other dates for which other evidence demonstrates meetings occurred but for which no tape has been disclosed by the government.

4. On information and belief, Haddock visited Williams in the jail on more dates than for which audio recordings have been produced by the government, meaning either Haddock did not record all his meetings with Williams or that more

1

audio recordings exist which have not been provided by the government to Williams.

5. Williams requires the information sought to prepare for trial.

6. The Motion is made in good faith and not intended for the purpose of general discovery.

FURTHER AFFIANT SAYETH NOT.

_____
Michael J. Tasset

The foregoing instrument was subscribed and sworn to before me this 7th day of March, 2011, by Michael J. Tasset, who is known to me personally.

GENERAL NOTARY-State of Nebraska
AMANDA R. NOLTING
My Comm. Exp. Nov. 8, 2011

_____
Notary Public

## CERTIFICATE OF SERVICE

I, Michael J. Tasset, hereby certify that on March 7, 2011, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Susan T. Lehr, Assistant United States Attorney.

_____
Michael J. Tasset

2