IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:09CR457 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO WITHDRAW** |
| | ) | |
| SHANNON WILLIAMS, et al, | ) | |
| | ) | |
| Defendant. | ) | |

 The undersigned counsel moves the Court for an Order authorizing his withdrawal as attorney for Defendant Shannon Williams for the reason that the professional relationship between Williams and the undersigned has deteriorated to a point where the undersigned's continued representation of Williams would not further the interests of justice and Williams does not desire the continued services of the undersigned.

 WHEREFORE, Michael J. Tasset moves the Court to conduct a hearing on this Motion and to thereafter enter an Order authorizing his withdrawal in the above-captioned case.

          SHANNON WILLIAMS, Defendant,

          By */s/ Michael J. Tasset*
            His Attorney
            JOHNSON AND MOCK
            307 N. Oakland Ave.
            P.O. Box 62
            Oakland, NE  68045
            (402) 685-5647

## CERTIFICATE OF SERVICE

    I, Michael J. Tasset, hereby certify that on March 16, 2011, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Susan T. Lehr, Assistant United States Attorney.

                                                        */s/ Michael J. Tasset*
                                                         Michael J. Tasset