IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )        8:09CR457
                               )
       v.                      )
                               )
SHANNON WILLIAMS,              )            ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on the motion of
Michael J. Tasset to withdraw as counsel for defendant (Filing
No. 715).

IT IS ORDERED a hearing on said motion is scheduled
for:

**Thursday, March 17, 2011, at 1 p.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111
South 18th Plaza, Omaha, Nebraska.

DATED this 16th day of March, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court