IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:09CR457 |
| Plaintiff, | ) | |
| vs. | ) | ORDER TO WITHDRAW EXHIBITS |
| SHANNON WILLIAMS, | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order:

Defendant's Exhibit 118 - Motion hearing held December 8-21, 2010 received on 12/16/10

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 16th day of March, 2011.

s/ Lyle E. Strom
United States District Judge