**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEBRASKA**

**NOTICE OF APPEAL (Criminal)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 8:09cr457 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **NOTICE OF APPEAL** |
| ) | |
| SHANNON WILLIAMS, ) | |
| ) | |
| Defendant. ) | |

Notice is hereby given that Shannon Williams appeals to the United States Court of Appeals for the Eighth Circuit from the:

__ Judgment & Commitment

**x** Order (Specify):  The Order filed March 21, 2011 (Filing 722), overruling Williams motion to dismiss on double jeopardy grounds.

```
                              BY     /s/ Michael J. Tasset
                                     Michael J. Tasset
                                     Attorney for Defendant
                                     JOHNSON & MOCK
                                     307 N. Oakland Ave.
                                     P.O. Box 62
                                     Oakland, NE  68045
                                     mtasset@johnsonandmock.com
```

CERTIFICATE OF COMPLIANCE

I hereby certify that:

1. I have filed or served copies of this notice of appeal upon the United States District Court and all counsel of record.

2. I have completed and attached an Information Sheet to this Notice of Appeal.

| | |
|---|---|
| March 22, 2011 | /s/ Michael J. Tasset |
| Date | Attorney for Defendant |

**INFORMATION SHEET - CRIMINAL**
TO BE COMPLETED BY ATTORNEY FOR APPELLANT

1. Defendant's Address:   U.S. Marshal Custody

2. Date of Verdict: N/A

   _____ Jury      _____ Non-Jury   Bail Status

   Offenses: _____

   Trial Testimony - Number of Days _____

3. Sentence and Date Imposed:   N/A

4. Appealing: Sentence _____  Conviction _____  Both _____
   Other  **X**
   Challenging: _____  Application of Sentencing Guidelines
                _____  Constitutionality of Guidelines
                _____  Both Application and Constitutionality

5. Date Trial Transcript ordered by Counsel or District Court:   March 22, 2011

   Name, Address, and Phone Number of Court Reporter or Transcriber in Charge of Preparing Transcript:

   Susan M. DeVetter
   U.S. District Court
   111 S. 18th Plaza, Suite 3130
   Omaha, NE  68102
   (402) 661-7309

6. Trial Counsel was:   **X**   Appointed    _____ Retained

   Does Defendant's financial status warrant appointment of counsel on appeal?   **X**   Yes    _____ No

   Affidavit of Financial Status filed:   December 21, 2009

   Is there any reason why trial counsel should not be appointed as counsel on appeal?   _____ Yes   **X**   No

7. Name and Phone Number of Assistant U.S. Attorney:

   Susan T. Lehr
   (402) 661-3700

2