IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon plaintiff's motion to amend order *nunc pro tunc* (Filing No. 726). Plaintiff moves the Court to amend its Order entered March 21, 2011 (Filing No. 722). Upon reviewing the motion and the relevant law, the Court finds that the motion will be granted.

The Court has reviewed the written plea agreement (Filing No. 677 in 8:93CR27), as well as the transcript (Filing No. 689 in 8:93CR27), and finds defendant's oral motion to dismiss allegedly based on the double jeopardy clause of the United States Constitution is frivolous. The Court notes there has been no disposition of that petition for revocation of supervised release.

IT IS ORDERED that plaintiff's motion to amend order *nunc pro tunc* (Filing No. 726) is granted. The oral motion to

dismiss based on the double jeopardy clause of the United States Constitution is denied as frivolous.

DATED this 23rd day of March, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court