IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 8:09CR457 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MOTION TO WITHDRAW** |
| ) | |
| SHANNON WILLIAMS, et al, ) | |
| ) | |
| Defendant. ) | |

The undersigned counsel moves the Court for an Order authorizing his withdrawal as attorney for Defendant Shannon Williams for the reason that Williams desires to represent himself in this matter.  Williams further shows the Court his affidavit offered in support of this Motion.

WHEREFORE, Michael J. Tasset moves the Court to conduct a hearing on this Motion and to thereafter enter an Order authorizing his withdrawal and permitting Williams to represent himself in the above-captioned case.

         SHANNON WILLIAMS, Defendant,


       By */s/ Michael J. Tasset*
         His Attorney
         JOHNSON AND MOCK
         307 N. Oakland Ave.
         P.O. Box 62
         Oakland, NE  68045
         (402) 685-5647
         mtasset@johnsonandmock.com

## CERTIFICATE OF SERVICE

    I, Michael J. Tasset, hereby certify that on March 28, 2011, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Susan T. Lehr, Assistant United States Attorney.

                                               */s/ Michael J. Tasset*
                                               Michael J. Tasset