IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:09CR457 |
| Plaintiff, | ) | |
| vs. | ) | **AFFIDAVIT OF SHANNON WILLIAMS** |
| SHANNON WILLIAMS, et al, | ) | |
| Defendant. | ) | |

STATE OF IOWA )
) ss.
COUNTY OF POTTAWATTAMIE)

For his Affidavit, Shannon Williams, being first duly sworn, states as follows:

1. I am a defendant in the above-encaptioned case. My age is 43 years. I have personal knowledge of the matters set forth herein.

2. I make and tender this Affidavit in support of the Motion to Withdraw I directed my counsel of record to file on my behalf so I may proceed to trial in this matter *pro se*.

3. I hereby knowingly and intelligently waive and forgo the traditional benefits associated with my right to counsel and here specifically state my clear and unequivocal desire to represent myself at the trial of the above matter.

4. I have experience with the criminal justice system and have been put on trial before. I understand the charges filed against me and understand the possible penalties to be imposed on me in the event I am convicted of any or all of them. I read, write and understand the English language. I have prepared and filed numerous pleadings in this matter which demonstrate not only my desire to

represent myself, but also my ability to do so. I am familiar with and willing to follow court procedures and have done so in the past. I recognize there are potential disadvantages to me from proceeding pro se, but I am convinced those potential disadvantages are substantially outweighed by the advantages I will gain by representing myself at the trial.

5. I do not desire to proceed *pro se* in order to delay, disrupt, distort or manipulate the trial process. I will not file a motion to continue the trial and, having been detained pending trial, have had time to prepare to present my own defense. I desire to do so to preserve my autonomy and dignity. As the Court has previously found in this matter, I am competent to stand trial and therefore competent to waive my right to counsel.

6. I do not desire the services of my counsel of record in this matter. I do not trust him, or any other lawyer, to effectively represent me. Should the Court elect to appoint my counsel of record as standby counsel to advise me on matters occurring during the course of the trial and, since I am detained, to coordinate the attendance at trial of witnesses I may seek to call in my defense, I hereby give my consent.

7. As the Court is aware, this is not the first time I have sought to represent myself in this matter. On December 17, 2010, I filed a written motion to proceed *pro se*, which my counsel of record urged the Court to grant. It was denied. At other times, my counsel has moved to withdraw. These motions were made in good faith based on differences and disagreements concerning the strategy and

defenses to be advanced in my case which caused breakdowns in communication and issues of trust and for no other reason. I am the one facing a life sentence in this matter. I am an adult of sound mind with experience in the criminal justice system. I simply desire to invoke my right under the Sixth Amendment to the Constitution of the United States to defend myself at trial within the rules of the Court and other applicable law.

FURTHER AFFIANT SAYETH NOT.

Shannon Williams, Defendant

Subscribed and sworn to before me this 27th day of March, 2011.

GENERAL NOTARY-State of Nebraska
MICHAEL J. TASSET
My Comm. Exp. March 17, 2014

Notary Public

**CERTIFICATE OF SERVICE**

I, Michael J. Tasset, hereby certify that on March 28, 2011, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Susan T. Lehr, Assistant United States Attorney.

*/s/ Michael J. Tasset*
Michael J. Tasset