# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No:  11-1545
_____

In re: Shannon E. Williams

Petitioner

---

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:09-cr-00457-LES-1)

---

## JUDGMENT

The request to proceed in forma pauperis is granted.  The petition for writ of mandamus

has been considered by the court and is denied.

March 31, 2011

Order Entered at the Direction of the Court:

Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans