In The United States District Court
    For The District Of Nebraska

United States          | Case No. 09-CR-457
                       |
        V              | Motion In Limine
                       |
Shannon Williams       |


    Now Comes Shannon Williams, pro-se, and moves
the court to grant a motion in limine to prohibit
the in-court identification of DeShawn Hernandez by
government witness Kara Steckler. Said identification
was gathered by an impermissable suggestive photo line-up
in which after Ms. Kara Steckler could not identify
Mrs. DeShawn Hernandez or Mr. Tyreise Hernandez
Police Officers showed photos of co-defendants
DeShawn Hernandez & Tyreise Hernandez by themselves
Indiviually and of course government witness
Kara Steckler positively identified the defendants.
This is a clear violation of the defendants 5th Amendment
Rights
    The defendant moves the court to suppress the
live testimony of government witnesses Laura Adler,
Crucia Waddell, & Jason Waddell as being in violation
of the defendants 4th, 5th, 6th, & 14th Amendment rights
to the U.S. Constitution. Said evidence was gathered
through trickery & promises to not use the petitioner's

Statements to AUSA Susan Lehr directly in a binding proffer & plea agreement. The government used both of my Attorneys Steve Lefler AND Terry Haddock's unconstitutional advise to trust AUSA Susan Lehr promise not to prosecute or use my statements against me. Both Steve Lefler AND Terry Haddock can be heard on the governments own tapes advising the defendant to take the fake plea deal.

The government learned of the existence of these witnesses through false promises made to & through the defendants Attorneys.

The government knew exactly what to offer & ask me during these proffers because the government was listening & Recording my conversations with Mr. Lefler in direct violation of Weatherford V. Bursey.

Under the doctrine set forth in Weatherford V Bursey the defendant moves to suppress the live testimony of government witnesses Richard Conway, Cris Parrot, Mark Felix, Laura Adler and Anthony Parrot as in violation of defendants 6th Amendment Right to effective Assistance of counsel because the government Recorded my priviledged trial strategies with my retained counsel on these charges during the INVESTIGATIVE stage - pre - indictment stage of this case. According to Weatherford V Bursey there is no exception to this Rule once the information is conveyed to the

2

government prosecutors. EVEN UNDER COVER AGENTS protecting thier identy CANNOT inform the government of the strategies, planned by the defense.

Attorney STEVE LEFLER WAS the DEFENDANTS ATTORNEY OF RECORD for the SUPERVISED RELEASE, the ARIZONA Charges AND the INDICTMENT. MR. LEFLER clearly WAS WORKING AN UNIVERSAL Agreement. SEE October 1st 2009 HEARING AND DECEMBER HEARING testimony, of Attorney LEFLER.

The GOVERNMENT is & has played AN unconstitutional Shell Game WITH the DEFENDANTS Rights. AT EVERY TURN EVERY LAWYER IS USED AGAINST THE DEFENDANT.

Finally the DEFENDANT MOVES the court UNDER the rule of completeness to NOT allow the ADMITTANCE of ANY of the tapes. LEAD INVESTIGATOR Stuck has testified that the GOVERNMENT HAS NO EXPLANATION AS to why tapes ARE MISSING but It's through NO fault of the defendants. The DEFENDANT WAS NOT MADE AWARE until 4:80 pm today of the GOVERNMENTS INTENTION to call these WITNESSES & the use of the tapes. See Stuck testimony December HR. pg. 953

3

In conclusion the petitioner has never waived his Rights for Haddock to talk about my attorney - client priviledged conversations with Haddock for the previous year.

Petitioner never waived priviledge as it relates to Steve Lefler

Wherefore the defendant prays the court exclude the live witness testimony of the forementioned government witnesses including the petitioner's attorney Terry Haddock testifying against the defendant.

Respectfully Submitted March 30, 2011

Signed: Shawn William