IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
            Plaintiff,        )      8:09CR457
                              )
      v.                      )
                              )
SHANNON WILLIAMS,             )      ORDER
                              )
            Defendant.        )
_____)

This matter is before the Court on defendant Shannon Williams' pretrial motions (Filing Nos. 762, 763, and 764).

IT IS ORDERED:

1) Williams' Motion to Produce under Rule 16 (Filing No. 762) is denied without prejudice;

2) Williams' motion in limine (Filing No. 763) is denied as follows:

> a) Denied regarding the testimony of Kara Steckler, Laura Adler, Chrocia Waddell, Jason Waddell, Richard Conway, Christopher Parrott, Joe Mark Felix, and Anthony Parrott;
>
> b) Denied without prejudice regarding the rule of completeness argument; and
>
> c) Denied without prejudice regarding the attorney-client privilege argument; and

3) Williams' motion in limine or suppress (Filing No. 764) is denied as follows:

    a) Denied regarding the tracking device argument;

    b) Denied as moot regarding the bill of particulars argument;

    c) Denied without prejudice regarding the *McMillan* argument;

    d) Denied without prejudice regarding the allegation that Williams is "5-time murderer" and regarding the 11/13/09 recording in which Williams threatens harm against Fred Lewis; and

    e) With regard to the evidence at issue in the prior subparagraph (d), if the Government intends to offer evidence pertaining to those matters, the Government shall request a sidebar at which time the Court will determine whether the evidence is admissible.

DATED this 11th day of April, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court