IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for issuance of subpoenas (Filing No. 765). The motion has been granted. Defendant is proceeding *in forma pauperis* and the Court will direct that the subpoenas be served without prepayment of costs by defendant. Accordingly,

IT IS ORDERED that the subpoenas defendant has requested shall be served by the United States Marshal, and defendant is relieved of any obligation to pay for them. The costs, witness fees, travel expenses and subsistence, if any, shall be paid by the United States.

DATED this 14th day of April, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court