IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the appeal notice of Billy Roy Tyler in connection with "any all each and every order of Strom barring Tyler from Shannon Williams trial" (Filing No. 815). No appeal fee was tendered and no application to proceed *in forma pauperis* was submitted. In any event, the trial has concluded and the application is now moot and will be denied. Accordingly,

IT IS ORDERED that the application of Billy Roy Tyler to appeal "any all each and every order of Strom barring Tyler from Shannon Williams trial" is denied.

DATED this 2nd day of May, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court