IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:09CR457 |
| v. | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on defendant Shannon Williams' Motion for Appointment of Counsel (Filing No. 849), in which Williams requests the re-appointment of attorney Michael Tasset as his counsel for the post-trial phase of the case. The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; Michael J. Tasset, Post Office Box 62, Oakland, Nebraska, 68045, is reappointed to represent defendant Williams.

DATED this 5th day of May, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court