```
IN THE UNITED STATES DISTRICT COURT
   FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )       8:09CR457
                               )
      v.                       )
                               )
SHANNON WILLIAMS,              )       ORDER
                               )
            Defendants.        )
                               )
```

This matter is before the Court on defendant Shannon Williams' Motion to Dismiss Forfeiture Proceeding (Filing No. 908).

IT IS ORDERED:

1. The Government shall file a response to Williams' motion by Monday, July 11, 2011; and

2. Defendant shall file a reply brief by Friday, July 15, 2011.

DATED this 30th day of June, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court