IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )         8:09CR457
                             )
     v.                      )
                             )
SHANNON WILLIAMS,            )         ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court on defendant's motion for enlargement of time to file reply brief (Filing No. 939). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that defendant's motion is granted; defendant shall have until July 18, 2011, to submit briefs in response to defendant's motions.

DATED this 15th day of July, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court