In The United States District Court
For The District Of Nebraska

| United States | Case No. 09-CR-457 |
|---|---|
| V | Motion For Appointment Of New Counsel OR To Proceed Pro-Se |
| Shannon Williams | |

FILED U.S. DISTRICT COURT DISTRICT OF NEBRASKA
11 JUL 21 PM 3:34
OFFICE OF THE CLERK

Comes Now Shannon Williams, pro-se, and moves the court to order Attorney Mike Tasset to either file my meritorious motions are withdraw as counsel. Attorney Tasset is looking to avoid offending the government who have alleged violations of the code of ethics instead of zealously represent the petitioner. Tasset for fear of disciplinary sanctions will not file a brief in support of preservation of the B.A.M. files which contain evidence in support of granting petitioner a new trial. Several times the court & court reporter can be heard yelling & screaming at the defendant for no justifiable reason accept to influence the jury.

In support of this motion the petitioner avers the following:

1) That on atleast 10 different ocassions the petitioner has demanded that Attorney Tasset file meritorious motions for new trial (SEE pro-se New trial) has refused. I never would have asked for appointment of Tasset if the defendant knew he would be protecting his own interest.

2) That on atleast 20 times the defendant has literally begged Tasset to file motions to dismiss based upon the government filing a knowingly false certification on the destroyed tapes, asserting no way feasible to lose 6 tapes. The court found that the tapes due exist on 4-26-11. AUSA Sigler

ARGUED BEFORE THE JURY THAT THE TAPES EXISTED AFTER PERSONALLY FILING THE CERTIFICATION AND REALIZING THE GOVERNMENT AND ITS AGENTS HAD BEEN CAUGHT LYING, ON 4-27-11 AFTER THE DEFENDANT ARGUED THE TAPES DESTRUCTION ESTABLISHED REASONABLE DOUBT.

3) Again Attorney Tasset has refused to file the meritorious motion surmising any motion to file would be futile to file before the district court. "Your are protected you have already raise the objections Judge Strom is not going to correct himself now at this stage." Tasset has stated

4) The petitioner has given Tasset 2 affidavits in support of the motion of what the missing tapes contain (the content of the exculpatory evidence. The tapes were destroyed to conceal from the court Haddock telling the petitioner that he was his attorney. That since the petitioner paid Haddock a $10,000 retainer in Dec 08. Haddock had been working his butt-off to insure the defendants were not indicted. The tapes contain Attorney Haddock instructing the petitioner to sell marijuana because of the so-called S.A.L.E defense. The tapes show evidence of Haddock agreeing that he accepted cash from the defendant to get him released on the Klu Klux Klan Act. The tapes contain a conversation on 6-11-09 of the defendant

telling Haddock he just told Haddock 'Dion' because "Rick said that was the only way I could get my money back out of you." Haddock ANSWERED "I WONDERED what you were talking about I only agreed to work for you."

5). Despite Affidavits & the plain fact that it is at least 12-15 HOURS OF TAPE RECORDINGS TASSET IS REFUSING TO DISCHARGE HIS DUTY FOR FEAR OF NEVER GETTING A MOTION GRANTED OR A RULING IN YOUR CLIENTS FAVOR, IF HE FIGHTS FOR MY RIGHTS IN THIS CASE.

6). TASSET has Refused to file meritorious motions for dismissal based on Agent McDaniel committing perjury before the grand jury - IN RESPONSE TO THE GRANDJURIES REQUEST FOR EXCULPATORY INFORMATION ABOUT THE PURCHASE OF HOUSES - AGENT McDANIEL ADMITTED ON CROSS-EXAMINATION TO DELIBERATELY & KNOWINGLY LYING.

7.) TASSET has REFUSED to file A MERITORIOUS motion to DISMISS BASED ON LEAD INVESTIGATOR DETECTIVE STUCKS PERJURED TESTIMONY OF HADDOCK NOT RECIEVING ANYTHING FOR COMING FORWARD.

8) The GOVERNMENT has Now filed A motion Allegedly colluded with the defendant to keep my property IN the Trial. The government IN pleading ADMITTED to hearing TASSET tell

the defendant "I don't know how Judge Strom is going to get around the jury not hearing the forfeiture issue." The problem is that was a priviledged communication between the defendant and his court-appointed counsel. As has been the practice of the Government they give short-shift to rights protected by the constitution.

The petitioner no longer trust Attorney Tasset to address his meritorious claims, since the government has accussed Tasset of sandbagging the court and not being completely candid.

Attorney Tasset has a conflict and can not put forth the meritorious claims for fear of his own self-interest.

Wherefore the defendant prays the court-appoint the petitioner an attorney without conflicts of interest. Tasset is protecting himself by refusing to file any motions for new trial despite numerous defects in the trial proceedings.

Respectfully submitted this 15th day of July 2011

[signature]

Certificate of Service

The foregoing was mailed postage pre-paid to Susan Leha at 1620 Dodge St, Omaha, NE 68102

[signature]

Shannon Williams
1400 Big Lake Rd
Council Bluffs Ia
51501

SENT FROM A JAIL FACILITY
CONTENTS NOT CENSORED

Clerk Of The U.S. District Court
111 So. 18th Plaza Suite 1152
Omaha, Ne.
68102-1322

6810251322

