IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
             Plaintiff,        )        8:09CR457
                               )
      v.                       )
                               )
SHANNON WILLIAMS,              )        ORDER
                               )
             Defendant.        )
_____)
```

This matter is before the Court on defendant Shannon Williams' Motion for Appointment of New Counsel or to Proceed Pro Se (Filing No. 944).  In the motion, Williams also raises several issues (*see* ¶¶ 2, 4, 6, 7, and 8), which the Court construes as a motion to dismiss.

IT IS ORDERED that Williams' Motion for Appointment of New Counsel or to Proceed Pro Se and his motion to dismiss (Filing No. 944) are denied.

DATED this 22nd day of July, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court