IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:09CR457 |
| v. | ) | |
| SHANNON WILLIAMS, a/k/a Donald Jarmon, a/k/a Thumbs, DESHAWN HERNANDEZ, a/k/a Latreise Anderson, | ) | ORDER |
| Defendants. | ) | |

This matter comes on before the Court upon the United States' Motion to Dismiss (Filing No. 949). The Court has reviewed the record in this case and finds the United States' Motion should be sustained. Accordingly,

IT IS ORDERED:

1. The United States' Motion to Dismiss is hereby sustained.

2. Paragraph D), subparagraph 10), of the Forfeiture Allegation in the Superseding Indictment, pertaining to the East 34 feet of the North 80 feet of Lot 1, Block 35, Kountze Place, as surveyed, platted and recorded in Douglas County, Nebraska, commonly known as 1801 Pinkney, Omaha, Nebraska, commonly known as 1801 Pinkney, Omaha, Nebraska, is hereby dismissed.

DATED this 27th day of July, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court