IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:09CR457 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MOTION TO WITHDRAW** |
| | ) | |
| SHANNON WILLIAMS, et al, | ) | |
| | ) | |
| Defendant. | ) | |

The undersigned counsel moves the Court for an Order authorizing his withdrawal as attorney for Defendant Shannon Williams for the reason that the professional relationship between Williams and the undersigned has deteriorated to the point where the undersigned's continued representation of Williams would not further the interests of justice in this matter.

WHEREFORE, the undersigned moves the Court for an Order authorizing his withdrawal as counsel for Williams.

SHANNON WILLIAMS, Defendant,


By   */s/ Michael J. Tasset*
    His Attorney
    JOHNSON AND MOCK
    307 N. Oakland Ave.
    P.O. Box 62
    Oakland, NE  68045
    (402) 685-5647
    mtasset@johnsonandmock.com

## CERTIFICATE OF SERVICE

    I, Michael J. Tasset, hereby certify that on August 15, 2011, I electronically filed the foregoing instrument with the Clerk of the Court using the CM/ECF system which sent notification of such filing to Susan T. Lehr, Assistant United States Attorney.

                                             */s/ Michael J. Tasset*
                                             Michael J. Tasset