IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )        8:09CR457
                             )
       v.                    )
                             )
SHANNON WILLIAMS,            )        ORDER
                             )
            Defendant.       )
_____)
```

After hearing before the Court,

IT IS ORDERED that the motion to withdraw (Filing No. 995) filed by Michael J. Tasset is granted.

DATED this 25th day of August, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court