IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:09CR457 |
| | ) | |
| Plaintiff, | ) ) ) ) | AMENDED ENTRY OF APPEARANCE |
| vs. | ) ) ) | |
| SHANNON WILLIAMS, | ) ) | |
| Defendant. | ) | |

COMES NOW Donald L. Schense, Attorney at Law, and enters his appearance in the above-captioned matter as standby counsel for the Defendant. Counsel has been duly appointed pursuant to the CJA to represent this Defendant in this action as standby counsel.

SHANNON WILLIAMS, Defendant

BY:/S/ DONALD L. SCHENSE
Donald L. Schense, #16928
Law Office of Donald L. Schense
1304 Galvin Road South
Bellevue, NE  68005
(402) 291-8778
Attorney for Defendant

CERTIFICATE OF SERVICE

This is to certify that I delivered a copy of the above Amended Entry of Appearance to the U.S. Attorneys Office by electronically filing this document with the U. S. District Court in Omaha, NE on this 1st day of September, 2011.

/S/ DONALD L. SCHENSE

8:09-cr-00457-LES -FG3   Doc # 1033   Filed: 09/01/11   Page 2 of 2 - Page ID # 8539