IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon defendant's motion to disqualify court reporter Susan DeVetter (Filing No. 1069), defendant's motion for subpoena duces tecum under Rule 17(c) to Susan DeVetter (Filing No. 1054), and defendant's motion to compel or subpoena duces tecum under Rule 17(c) to Susan DeVetter or Marshal Buck Trout(Filing No. 1070). The Court has reviewed its own records and finds court reporter Susan DeVetter has complied with her obligations as required by 28 U.S.C. 753(b) in full. Thus, defendant's motion to disqualify DeVetter will be denied.

Through his motion for subpoena duces tecum and motion to compel or subpoena duces tecum, defendant seeks access to the digital audio recordings of defendant's pretrial hearings conducted in December 2010 and trial conducted in April 2011. The Court has previously ruled on and denied defendant's request for the digital audio recordings of his pre-trial hearings and

trial.  (*See* Filing No. 912).  Thus, the motions will be denied as moot.

IT IS ORDERED:

1)  Defendant's motion to disqualify court report Susan DeVetter (Filing No. 1069) is denied.

2)  Defendant's motion for subpoena duces tecum under Rule 17(c) to Susan DeVetter (Filing No. 1054) and motion to compel or subpoena duces tecum under Rule 17(c) to Susan DeVetter or Marshal Buck Trout (Filing No. 1070) are denied as moot.

DATED this 3rd day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court