IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon defendant's motion for discovery deposition (Filing No. 1058) and brief filed in support thereof (Filing No. 1059). The Court has reviewed the motion and supporting brief and

IT IS ORDERED that defendant shall have until October 12, 2011, to set forth the reasons he wishes to take Detective Dave Bruck's deposition, what information he believes he can obtain from Detective Bruck, and how that information is relevant to the proceedings presently pending before the Court.

DATED this 4th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court