IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court upon defendant's two motions for new trial (Filing Nos. 1056 and 1065). Defendant has filed briefs in support of both motions (Filing Nos. 1057 and 1066), and an affidavit in support of his latter motion (Filing No. 1067). The government filed a brief in response to the first motion for new trial (Filing No. 1060), and defendant filed a reply (Filing No. 1062).

These two motions for new trial are the third and fourth motions for new trial defendant has filed in this case. Defendant filed his first motion for new trial on May 2, 2011, and his second motion for new trial on May 3, 2011. *See* Filing Nos. 848 and 852. These two motions were denied on July 19, 2011. *See* Filing No. 943. Defendant's subsequent motions for new trial were filed in September, 2011, over four months after conclusion of the trial and after the jury's verdict of guilty. The defendant has failed to cite any authority which would

support a finding that any provision of Rule 33 of the Federal Rules of Criminal Procedure would apply.  Accordingly,

IT IS ORDERED that defendant's motions for new trial (Filing Nos. 1056 and 1065) are denied.

DATED this 4th day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court