In The United States District Court
For The District Of Nebraska

| | |
|---|---|
| United States | Case No 09-CR-457 |
| V | Motion For Reconsideration Or An Adversarial Hearing Under Rule 51 |
| Shannon Williams | |

Now Comes Shannon Williams and moves this court to address his motions directly and observe the adversarial process.

The court found that Susan DeVetter had complied with 28 USC 753(b) in full, by review of its own records. It is impossible for the court (the Judicial Branch) to review any records of it's **own** to verify that the court reporter (Susan DeVetter) has complied with 28 USC 753(b). As reluctant as the defendant is to accuse the court of malfeance, that finding is not based on any evidence. What records has the court reviewed to refute the defendants sworn affidavit that Susan DeVetter has deliberately changed the transcript to benifit the government? Why is this court not addressing the defendant's motions? Mike Tasset filed a motion to **preserve** the audio recordings, the defendant filed a motion to **produce** the audio files, because of deliberate

1 of 8

CHANGES MADE FROM WHAT TRANSPIRED IN OPEN COURT AND THE TRANSCRIPT.

The Clerk of the Court is mandated by the law of 28 USC 753 (B) to keep the records of the filings by court reporters including the original records, Susan DeVetter had not filed any of the original records prior to my complaints to Ed Champion on September 29th 2011. The jail has the record of the audio recordings of these conversations. THE COURT CAN NOT CITE ANY TIME AND DATE STAMPED RECORDS OF SUSAN DEVETTER BY THE CLERK OF THE COURT BESIDES FILING 1001 THE TRANSCRIPTS. BUT AGAIN THAT IS ALMOST IRRELEVANT TO THE DEFENDANTS <u>MOTION TO CORRECT THE TRANSCRIPT</u>...

The defendant has a vivid recollection of the colloquies and testimony that was changed deliberately with ill will to cover-up gross and criminal misconduct by the government attorneys. The transcript is wrong.

WHY IS THE COURT ARBITRARILY CHOSING TO **IGNORE** AND **AVOID** THE CRIMINAL MISBEHAVIOR OF THE COURT REPORTER, THE DEFENDANT SWORE UNDER OATH <u>WAS COMMITTED</u>, BY CHANGING THE TRANSCRIPTS?

2 of 8

BY THE FEDERAL ~~___~~ RULE OF APPELLATE PROCEDURE THE COURT **MUST** RESOLVE THE DISCREPENCIES IN THE TRANSCRIPT. Filing 1051 The defendant ASSERTED THAT THE COURT REPORTER HAD ENGAGED IN A PATTERN OF DELIBERATELY **NOT** TRANSCRIBING WHAT HAD TRANSPIRED IN OPEN COURT.

The COURT HAS INEXPLICABLY FOUND THAT THE COURT REPORTER COMPLIED WITH 28 USC 753(B) BY REVIEW OF IT'S OWN RECORDS, **WHAT RECORDS?**... SINCE THESE PROCEEDINGS **ARE** allegedly AN ADVERSARIAL process where IN **IT'S** RECORDS did the court find Ms. Devetter IN ~~___~~ compliance with 28 USC 753(B), What did Ms. Devetter do to be IN compliance? MOREOVER, the defendANT would like to review THE COURTS MYSTERIOUS RECORDS TO RESOLVE THE **DELIBERATE** discrepencies IN THE **RECORD.** THE DEFENDANT WANTS THE **OPPORTUNITY** TO MAKE A **GOOD FAITH** ATTEMPT TO CORRECT the TRANSCRIPT. NO Such RECORDS EXIST BESIDES THE AUDIO FILES AND **THE** TESTIMONY OF **THE** WITNESSES PRESENT TO RECREATE THE ACTUAL RECORDS, OF **THE** TESTIMONY. THE TRANSCRIPT DOES NOT REFLECT WHAT TRANSPIRED.

THE COURT LIKE ALL THOSE PRESENT KNOWS THE COURT REPORTER HAS DELIBERATELY CHANGED THE TRANSCRIPT OF WHAT HAPPENED IN OPEN COURT, AND IS NOT EVEN ATTEMPTING TO CORRECT THE TRANSCRIPTS

AS PRESCRIBED BY FED RULE APPELLATE PROCEDURE 10(E)(1) AND (2).

FUNDAMENTAL FAIRNESS IS BEING ABANDONED, DUE PROCESS IGNORED, FED.R.APP.P. CIRCUMVENTED, AND 28 USC 753(B) VIOLATED WITH IMPUNITY, TO COVER GROSS MISCONDUCT BY THE GOVERNMENT AND THE COURTS SANCTIONING OF THESE BLATANT VIOLATIONS OF THE U.S. CONSTITUTION.

THE DISTRICT COURT IS GOING BEYOND MERELY RUBBER-STAMPING THE GOVERNMENTS EGREGIOUS MISCONDUCT TO ACTIVE PARTICIPATION, IF THE COURT IS GOING TO DENY DUE PROCESS OF A FULL AND FAIR HEARING ON THE TRANSCRIPT BEING DELIBERATELY CHANGED TO BENIFIT THE GOVERNMENT.

THAT IS THE MOST SERIOUS OF ALLEGATIONS, THAT IN ANY OTHER - PURSUIT OF JUSTICE - SETTING WOULD BE IMMEDIATELY ADDRESSED. THE DEFENDANT HAS SWORN TO EXACTLY WHERE THE OFFICIAL TRANSCRIPT WAS CHANGED (PURPOSELY) TO THE PETITIONER'S DETRIMENT. YET THE DISTRICT COURT WILL NOT EVEN MENTION THE SPECIFIC CLAIMS OF THE TRANSCRIPT BEING CHANGED IN A MANNER TO OBSTRUCT JUSTICE WHICH IF TRUE WOULD BE A CRIMINAL VIOLATION OF THE FEDERAL STATUTE. The Court is DUTY BOUND TO HOLD EVERYONE INVOLVED IN A CRIMINAL PROSECUTION TO HIGH STANDARDS.

Including the court Reporter Ms. Susan DeVetter.

At the very least THE DEFENDANT SHOULD BE ALLOWED TO PROVE HIS ALLEGATIONS. THE ADVERSARIAL PROCESS DEMANDS NO LESS THAN A FULL AND FAIR **HEARING**, ESPECIALLY IN LIGHT OF THE SPECIFIC ALLEGATIONS AND THE NON-REFUTABLE FACT THAT THE DISTRICT COURT ON ATLEAST FIVE DIFFERENT OCASSIONS VIOLATED THE PROVISIONS OF 28 USC 753(b) BY ORDERING (OVER THE DEFENDANTS OBJECTIONS), OFF-THE-RECORD HEARINGS IN OPEN **COURT**. SEE TRIAL TRANSCRIPT AT PG 207:11; PG 89; 870:15-16; 915; The Rule IS MANDATORY. OF course the court reporter thought she could get away with changing the transcript, After THE DISTRICT COURT KEPT ORDERING OFF-THE-RECORD HEARINGS IN OPEN COURT INCLUDING DISMISSING 3 JURORS AT ITS OWN WHIM WITHOUT STATING A REASON.

NOW THERE ARE ATLEAST 30-40 TIMES WERE THE COURT REPORTER USES The lines — — TO REPRESENT SOMETHING INDECIPHERABLE, BUT IN WHICH THE TESTIMONY IS CRYSTAL CLEAR. THE COMPLETE TEXT HELPS THE DEFENSE, SO THE COURT REPORTER **ACTS** LIKE THE SPEAKER CANT BE HEARD THAT TAKES PLACE ON PAGE 87 AND 86 WHERE THE COURT TOLD THE JURY HE HAD ALREADY RULED THERE WAS NO ATTORNEY —

CLIENT RELATIONSHIP. PG 310:7; 733; 894:22-25; The fake lines -- ARE USED TO HIDE THE COMPLETE TESTIMONY, TOO MANY TIMES TO LIST, GOING BACK TO THE DECEMBER HEARINGS ON PG 1610 AND 1728.

NOT ONE TIME DOES MS. DEVETTER THE DEFENSE NOTES ASK THE WITNESSES TO CLARIFY THERE ANSWER.

The problem is THE -- is only used to **hurt** the defendant the trial transcript is a total fabrication when the court reporter is allowed to omit testimony or deliberately change what was said in it's entirety. THE CORRECTNESS OF AN OFFICIAL TRANSCRIPT IS OF PARAMOUNT IMPORTANCE IN A CRIMINAL PROCEEDING, NOT ONLY FOR THE DUE PROCESS RIGHTS OF THE DEFENDANT, BUT AS A MATTER OF PUBLIC TRUST IN THE **JUDICIARY.** Why is the court OVERLY PROTECTIVE AND RELUCTANT TO ALLOW THE TRUTH OF WHAT TRANSPIRED IN OPEN COURT TO BE ADJUDICATED THROUGH FULL EXPOSITION BY A HEARING WITH THE AUDIO RECORDINGS OF THE COURT REPORTER OR THE MARSHALL SERVICE?...

The defendant HAS MADE SERIOUS CRIMINAL Allegations AGAINST THE OFFICIAL TRANSCRIPT RELEASED AND CERTIFIED BY MS. DEVETTER. THE Allegations CAN be **EASILY SUBSTANTIATED** OR REFUTED WITH THE

back-up media files, or audio/video security tapes.

The COURTS OPEN **AVERSION** TO REPUDIATING charges of **COLLUSION** by the defendant AS it **Relates** TO **DELIBERATELY** CHANGING THE TRANSCRIPTS, IS BRINGING DISRESPECT ON THE JUDICIARY.

IN A case WERE THE GOVERNMENT HAS BEEN ALLOWED TO PAY A PRIVATE ATTORNEY $60,000 TO GATHER EVIDENCE IN HIS OFFICIAL CAPACITY BY PRACTICING **DECEIT**, Allowed THAT SAME ATTORNEY TO PRACTICE DECEIT TO EARN A PSUEDO-CLIENT A SENTENCE REDUCTION, ILLEGALLY WIRE THE ATTORNEY-CLIENT ROOMS, INEXPLICABLY, AND WITHOUT EXPLANATION LOSE THOSE ILLEGAL **TAPES**, REFUSE TO TURN OVER REPORTS OF WHEN AN ATTORNEY FIRST BECAME A PAID CONFIDENTIAL INFORMANT, INEXPLICABLY AND WITHOUT EXPLANATION LOSE **SIX** GOVERNMENT RECORDINGS, **STEAL** ATLEAST $60,000 out of the defendants' **SAFE**, NOT WRITE **ONE** REPORT OF THE SIX MONTHS OF THE INVESTIGATION, BLATANTLY LIE TO THE GRAND JURY, AND IN OPEN COURT CHANGE THE TESTIMONY OF ITS OWN WITNESS WHO TESTIFIED SHANNON WILLIAMS WAS **NOT** IN THE COURTROOM. WHEN THE GOVERNMENT ATTORNEYS AND ITS INVESTIGATORS GET AWAY WITH **ATROCIOUS VIOLATIONS**

OF THE CONSTITUTION AS THOSE LISTED. OF COURSE THE GOVERNMENT WILL ENLIST THE COURT REPORTER TO CHANGE THE OFFICIAL TRANSCRIPT.

If the court will NOT RESTRAIN THE GOVERNMENT FROM PAYING ATTORNEYS TO LIE ABOUT THE PERFORMANCE OF THEIR DUTIES AND ILLEGALLY WIRE THE ATTORNEY-CLIENT ROOMS, THEN LOSE THE TAPE RECORDINGS, CHANGING THE TRANSCRIPTS ALMOST BECOMES COMMON PLACE.

The defendant IS REQUESTING THE COURT PROTECT THE CONSTITUTIONAL RIGHTS OF THE DEFENDANT AND CORRECT THE TRANSCRIPT.

Wherefore the petitioner prays TO BE TREATED AS A UNITED STATES CITIZEN WITH CONSTITUTIONAL RIGHTS.

Respectfully Submitted on Oct 5, 2011
SIGNED: Shannon Williams

Certificate of Service

I Shannon Williams, gave this to Don Schense to provide a copy to Susan Lehr.

Shannon Wi[lliams]