FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 OCT 18 PM 2:33

OFFICE OF THE CLERK

In The United States District Court
For The District Of Nebraska

| United States | Case No. 09-CR-457 |
| --- | --- |
| V | NeCrimR.12.3(b) Brief In Support of Replivin |
| Shannon Williams | |

The Government seized the defendant's monies a total of $85,000.00 on December 17, 2009. After the defendant filed a pro-se motion for Replivin to Magistrate Gosset, the government went and got a superceding indictment that included the monies seized from Pinnacle bank, on July 20, 2010 more than 242 days after the seizure. Under Rule 41(g) the defendant avers the United States is trying to circumvent the Rule that the seized property must be initially commenced in a forfeiture proceedings within 120 days, the latest date being April 17, 2010. The United States can not excuse it's neglect.

Wherefore I pray the court order the government to return the 85,000.00 in monies.

Respectfully Submitted this 4th day of October 2011

Shannon Williams

Certificate of Service

The above mentioned was mailed to Susan Lehr 1020 dodge Omaha. Shannon Williams