FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 OCT 19 PM 12:19

OFFICE OF THE CLERK

In The United States District Court
For The District Of Nebraska

| United States | Case No. 09-CR-457 |
|---|---|
| V | Motion For **EFFECTIVE** Assistance Of Counsel |
| Shannon Williams | |

Comes Now Shannon Williams, pro-se and moves the court to order Don Schense to converse with the defendant to review the jury list and subpoena witnesses. I have not talked to Mr. Schense since I complained earlier of Mr. Schense doing nothing, NOT one phone call or visit! I want an attorney who will at least talk to the defendant. Mr. Schense is NOT EVEN acting as stand-by counsel. He has 90 clients and no time for me.

Wherefore I pray the court grant me a NEW attorney that I can talk to. Mr. Schense should have NO part in my case. What is he appointed for?

Respectfully Submitted this 17th day of October 2011

*[signature]*

Certificate Of Service
A copy was mailed to Susan Lehr at 1620 Dodge

*[signature]*

Shannon Williams
1400 Big Lake Rd
Council Bluffs Ia
51501

RECEIVED
OCT 19 2011
CLERK
U.S. DISTRICT COURT
OMAHA

Clerk of the U.S. Dist. Ct.
111 So. 18th Plaza Suite 1152
Omaha, Ne.
68102-1322