FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
11 OCT 19 PM 12:19
OFFICE OF THE CLERK

In The United States District Court
For The District Of Nebraska

| United States | Case No 09-CR-457 |
|---|---|
| V | Motion To Waive NeCrimR 12.3 and 28 USC 1867(d); Motion To Continue |
| Shannon Williams | |

Comes Now Shannon Williams and moves the court to waive form over substance requirements of N.Crim 12.3 & 28USC1867(d). In support of this motion there is no law library at the jail only 7 books on a book cart. Mr. Don Schense refuses to be of any assistance - he won't visit or accept calls - and the court removed my attorney of 2 years without justification. The court is forcing me to trial without law books and a lawyer who has admitted to not answering my calls. I move to continue the trial until I can prepare for the trial with law books or at least a lawyer who will assist me. Re-appoint Mike Tasset. No lawyer, No law books = Denial of Due process.

Wherefore I pray the court allow me 6th Amendment Rights. Respectfully Submitted this 15th day of October 2011

Signed: Shan Will[...]

Certificate of Service

A copy was provided to Susan Lehr at 1620 Dodge St Omaha Ne

Shan W[...]