In The United States District Court
For The District Of Nebraska

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
11 OCT 26 PM 12:34
OFFICE OF THE CLERK

| United States | Case No 09-CR-457 |
| --- | --- |
| V | NeCrimR. 12.3 Brief In Support of Rule 51 Objection |
| Shannon Williams | For Denial of Subpeona Duces Tecum |

Comes Now Shannon Williams and files this brief in support of Rule 51 objection.

Rule 17(c) provides: "A subpeona may also command the person to whom it is directed to produce the books, papers, documents or other objects designated therein. The court on motion made promptly may quash or modify the subpeona if compliance would be unreasonable or oppressive."

A subpeona for documents may be quashed if their production would be unreasonable or oppressive but NOT OTHERWISE. See Bowman Diary Co v United States, 341 U.S. 214 (1951). Against this background, the defendant must clear three hurdles: (1) RELAVANCY; (2) Admissibility; (3) SPECIFICITY.

The defendant has told the court exactly where the transcripts were deliberately changed. Filed an affidavit and several motions, there is no excuse to deny the subpeona except to deny the defendant due process. No one has made a contention as to why the issuance of the subpeona should be denied.

Wherefore I pray the rule of law be followed and that I am treated as a U.S. citizen.

Respectfully Submitted this 21st day of October 2011
SIGNED: Shannon Williams

Certificate of Service
A copy was given to Susan Lehr at 1620 Dodge, Omaha Ne
Shannon Williams