IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:09CR457 |
| Plaintiff, | ) | |
| | ) | ADOPTION OF SECOND |
| vs. | ) | REVISED PRESENTENCE |
| | ) | INVESTIGATION REPORT AND |
| | ) | ADDENDUM AND PLAINTIFF'S |
| SHANNON WILLIAMS, | ) | STATEMENT |
| | ) | |
| Defendant. | ) | |

COMES NOW Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and pursuant to this Court's Order filed on February 16, 1988, concerning the implementation of the Sentencing Procedures under the Sentencing Reform Act of 1984, hereby states it has no objections, additions, or changes to be made to the Second Revised Presentence Investigation Report and Addendum completed in connection with this case.  Plaintiff anticipates offering no evidence at sentencing, other than to rebut or address those issues raised by Defendant. Plaintiff hereby adopts the information and materials contained within the Second Revised Presentence Investigation Report and Addendum.

Dated this 26th day of October, 2011.

           UNITED STATES OF AMERICA,
           Plaintiff

           DEBORAH R. GILG
           United States Attorney

*s/Susan T. Lehr*
By:   SUSAN T. LEHR #19248
       Assistant United States Attorney
       1620 Dodge Street, Suite 1400
       Omaha, Nebraska 68102-1506
       (402) 661-3700

CERTIFICATE OF SERVICE

      I hereby certify that on October 26, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following: Donald L. Schense, Attorney at Law.

      I further certify that a true and correct copy of the foregoing was delivered to the following non CM/ECF participants by placing same in the U.S. Mail, properly addressed and postage prepaid this 26th day of October, 2011.

Stanley Pfeiffer
U.S. Probation Officer

Shannon Williams
Pottawattamie County Jail
1400 Big Lake Road
Council Bluffs, IA 51501

                                                                             s/Susan T. Lehr
                                                                             SUSAN T. LEHR
                                                                             Assistant United States Attorney