```
              IN THE UNITED STATES DISTRICT COURT FOR THE

                          DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )          8:09CR457
                              )
     v.                       )
                              )
SHANNON WILLIAMS,             )          ORDER
                              )
              Defendant.      )
_____)
```

Defendant's attempt to divest the Court of jurisdiction prior to his Friday, November 4, 2011, sentencing hearing (Filing Nos. 1144, 1145, and 1158) should fail because defendant's appeals are not taken in good faith.  Defendant's Filing Nos. 1144 and 1158 do not address final orders of judgment, and defendant's Filing No. 1145, seeking an interlocutory appeal based upon double jeopardy grounds, is frivolous.  The alleged double jeopardy violation in defendant's Filing No. 1145 addresses only defendant's Forfeiture Count allegation of the superseding indictment (Filing No. 360).  As the Forfeiture Count allegation has been dismissed from this case (*See* Filing No. 1129), the Court finds Filing No. 1145 is frivolous.  Therefore, the Court hereby certifies defendant's appeals are not taken in good faith, and defendant is not entitled to proceed on appeal in forma pauperis.  Accordingly,

IT IS ORDERED:

1) Defendant's appeals (Filing Nos. 1144, 1145, and 1158) are not taken in good faith.

2) Defendant is not entitled to proceed on appeal in forma pauperis.

DATED this 2nd day of November, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court