FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 NOV -2 PM 12:32

OFFICE OF THE CLERK

In The United States District Court
For The District Of Nebraska

| United States | Case No. 09-CR-457 |
| --- | --- |
| v | NcCrim R. 12.3 Brief In Support Of Dismissal Based |
| Shannon Williams | Upon Juror discrimination |

The Sixth Amendment prohibits purposeful exclusion of racial groups from the juror selection process. Taylor V Louisiana 419 U.S. 522 In order to establish a prima facie violation a defendant must show: (1) that the group alleged to be excluded is a distinctive group in the community; (2) that the representation of this group is not fair & reasonable in relation to the number of such persons in the community; and (3) That this underrepresentation is due to systematic exclusion of the group in the jury-selection process. The numerical disparity of one juror from a population that makes up 33% of what should be the jury wheel is discrimination. Apparently the jury wheel plan is being tampered with or its discriminatory. There is no way to explain why 70% of my jury was from less than 10% of the population. Whatever caused the anomoly it was against the defendants Sixth Amendment Rights.

Respectfully Submitted this 28th day of October 2011

certificate of service

*[signature]*

A copy was provided to Susan Lehr at 1020 dodge Omaha *[signature]*