FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

11 NOV -8 PM 12:59

OFFICE OF THE CLERK

In The United States District Court
For The District Of Nebraska

| United States | Case No. 09-CR-457 |
| V | Motion To Produce Exhibits 700 and 702 |
| Shannon Williams | To Attorney Bradford |

Comes Now Shannon Williams and moves Attorney Bradford to return Exhibits 700 and 702 the Evaluations of Hernandez. These Exhibits are material to my Appeal and should remain a part of the record. I specifically object to Attorney Bradford being in possession of these exhibits. The district court and the government have copies of these exhibits under the C.J.A. These exhibits need to remain a part of the record, said exhibits 700 & 702 should be part of the official record forwarded to the court of Appeals.

Wherefore I pray the court ORDER Attorney Bradford to return Exhibits 700 & 702 to the official record to be forwarded to the Appeals court.

Respectfully Submitted this 4th day of November 2011

Signed: Shan Williams