In The United States District Court
For The District Of Nebraska

| United States | Case No 09-CR-457 |
|---|---|
| V | Notice Of Appeal |
| Shannon Williams | |

I, Shannon Williams hereby AVERS that my Appeals in orders 1129, 1051 & 1093 were all in good faith. The district court has consistently ignored stare decisis and the F.R.Crim.P. to deprive the defendant of my due process rights.

The court has engaged in multiple EX-PARTE Hearings with opposing counsel of which the defendant has filed a judicial complaint and in retaliation the district court is issuing rulings contrary to the evidence to hide it's own misconduct.

Wherefore I pray the court find my interlocutory Appeals present genuine issues for the court of Appeals.

Respectfully Submitted this 3rd day of November 2011

Shannon Williams

RECEIVED
NOV -9 2011
CLERK
U.S. DISTRICT COURT
OMAHA

Shannon Williams
100 Big Lake Rd
Council Bluffs Ia
51501

RECEIVED
NOV -9 2011
CLERK
U.S. DISTRICT COURT
OMAHA

Clerk of the U.S. Dist. Ct.
111. So. 19th Plaza Suite 1152
Omaha, Ne 68102-1322

RECEIVED
NOV -9 2011
CLERK
U.S. DISTRICT COURT
OMAHA

USA FIRST-CLASS FOREVER