IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motions to release health/medical records (Filing Nos. 1320 and 1321), Trial Exhibit 506, to the United States Attorney to be released to David Flannigan, Assistant United States Attorney for the District of Arizona, for use in the case of *United States of America v. Marcos Antonio Cruz*, et al., 4:11CV2729. No objections have been filed. Accordingly,

IT IS ORDERED that plaintiff's motion is granted. A copy of the medical records of Terry Haddock (Trial Exhibit 506) shall be provided to the United States Attorney for the District of Nebraska. The records shall be sealed unless otherwise authorized by the presiding judge in the District of Arizona.

DATED this 13th day of March, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court