```
IN THE UNITED STATES DISTRICT COURT FOR THE

                    DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )
                             )
          Plaintiff,         )        8:09CR457
                             )
     v.                      )
                             )
SHANNON WILLIAMS,            )        ORDER
                             )
          Defendant.         )
_____)
```

This matter is before the Court upon defendant's letter/motion to obtain the digital recordings of court reporter Susan DeVetter (Filing No. 1362) under the Freedom of Information Act. The Freedom of Information Act, Title 5, U.S.C. § 551(1) states:

> (1) "agency" means each authority of the Government of the United States, whether or not it is within or subject to review by another agency, but does not include --
>      . . . .
>    (B) the courts of the United States.

The Court previously denied defendant's request for the digital audio recordings of his pre-trial hearings and trial (Filing No. 912); and defendant cannot obtain said recordings under FOIA as the courts of the United States are exempt under that statute. Thus, the motion will be denied.

IT IS ORDERED that defendant's letter/motion to obtain the digital recordings of court reporter Susan DeVetter is denied.

DATED this 14th day of January, 2014.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court