IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )         8:09CR457
                               )
         v.                    )
                               )
SHANNON WILLIAMS,              )              ORDER
                               )
              Defendant.       )
_____)


This matter is before the Court upon defendant's objection to public defender or CJA appointment of counsel and request to hire private counsel (Filing No. 1422). The Court has reviewed defendant's objection and motion and finds the motion should be granted. Accordingly,

IT IS ORDERED defendant's objection to public defender or CJA appointment of counsel is sustained. The request to hire private counsel is granted.

DATED this 3rd day of November, 2014.

                    BY THE COURT:

                    /s/ Lyle E. Strom
                    _____
                    LYLE E. STROM, Senior Judge
                    United States District Court