IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:09CR457 |
| v. | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to extend filing date of § 2255 response (Filing No. 1438). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until May 1, 2015, to respond to defendant's § 2255 motion.

DATED this 13th day of April, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court