IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:09CR457 |
| | ) | |
| v. | ) | |
| | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's two motions (Filing No. 1478 and Filing No. 1480). The defendant moves this Court to add or amend the finding of facts contained in the Court's memorandum opinion (Filing No. 1474) and the order and judgment denying the defendant's 28 U.S.C. § 2255 motion (Filing No. 1475).

In addition, the defendant moves the Court for reconsideration under Rule 59(e) to alter or amends its judgment denying his § 2255 motion (Filing No. 1480). After reviewing the motions, briefs, and applicable law, the Court will deny the defendant's motions. Accordingly,

IT IS ORDERED:

1) Filing No. 1478 is denied.

2) Filing No. 1480 is denied.

DATED this 9th day of September, 2015.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court