```
            IN THE UNITED STATES DISTRICT COURT FOR THE

                        DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,    )
                             )
            Plaintiff,       )       8:09CR457
                             )
      v.                     )
                             )
SHANNON WILLIAMS,            )       ORDER
                             )
            Defendant.       )
_____)
```

This matter is before the Court on defendant's pro se notice of appeal (Filing No. 1506) and request for a certificate of appealability (Filing No. 1507) filed on November 13, 2015. On November 6, 2015, attorney Matthew R. McLain filed a notice of attorney appearance (Filing No. 1504). In addition, Mr. McLain filed a notice of appeal (Filing No. 1505). "A district court has no obligation to entertain pro se motions filed by a represented party." *Abdullah v. United States*, 240 F.3d 683, 686 (8th Cir. 2001)(citing *United States v. Agofsky*, 20 F.3d 866, 872 (8th Cir. 1994)). In this case, the defendant filed two pro se documents after being represented by counsel. As a result, the Court will strike Filing Nos. 1506 and 1507 from the record. Accordingly,

IT IS ORDERED that the clerk of court shall strike Filing No. 1506 and Filing No. 1507 from the record.

DATED this 19th day of November, 2015.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court