IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 8:09CR457 |
| v. | ) | |
| SHANNON WILLIAMS, | ) | ORDER |
| Defendant. | ) | |

This matter is before the Court on plaintiff's motion to extend filing date of response to defendant's request for certificate of appealability (Filing No. 1517). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until February 2, 2016, to file a response to defendant's request for certificate of appealability.

DATED this 25th day of January, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court