IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,     )
                              )
              Plaintiff,      )          8:09CR457
                              )
       v.                     )
                              )
SHANNON WILLIAMS,             )              ORDER
                              )
              Defendant.      )
_____)


        It has come to the Court's attention that there are

various defense exhibits from various magistrate judge hearings,

some paper exhibits from the trial, and an exhibit from the

sentencing hearing held on November 4, 2011.  If defendant wishes

to have these exhibits picked up,

        IT IS ORDERED that, on or before December 15, 2017, he

shall designate someone to pick up the exhibits at the office of

the clerk of the court.

        DATED this 30th day of November, 2017.

                        BY THE COURT:

                        /s/ Lyle E. Strom
                        _____
                        LYLE E. STROM, Senior Judge
                        United States District Court