IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiffs, <br><br> vs. <br><br> SHANNON WILLIAMS, <br><br> Defendants. | 8:09CR457 <br><br> **ORDER** |

This matter is before the Court on defendant's motion to designate Anthony Parrott to pick up exhibits (Filing No. 1565). The Court will grant this motion.

IT IS ORDERED that defendant's motion to designate Anthony Parrott to pick up exhibits is granted and Anthony Parrott is authorized to pick up said exhibits. Mr. Parrott shall pick up said exhibits no later than March 1, 2018.

Dated this 6th day of February, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge