IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | Case No: 8:09CR457 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER TO WITHDRAW EXHIBITS OR TO SHOW CAUSE WHY EXHIBITS SHOULD NOT BE DESTROYED** |
| SHANNON WILLIAMS | ) | |
| Defendant. | ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), the pro se party shall either 1) withdraw the following exhibits previously submitted in this matter within 14 calendar days of the date of this order, or 2) show cause why the exhibits should not be destroyed:

Defendant's Exhibit No. 101 - Motion Hearing – August 17-19, 2010

Defendant's Exhibits Nos. 102, 106, 110, 111, 139, 143, 144, 201 - Motion Hearing - December 8-21, 2010

Defendant's Exhibits Nos. 502, 504, 506, 507, 511, 514-517, 519-520, 523, 525, 525a, 526, 529 - Jury Trial - April 4-28, 2011

Defendant's Exhibits A and B – Sentencing - November 4, 2011

**Note:** Defendant's Exhibit Nos. 137 and 138 from the Motion Hearing on December 8-21, 2010 were also marked as Defendant's Exhibits Nos. 506 and 507 from the Jury Trial on April 4-28, 2011 and are being returned as Exhibits Nos. 506 and 507.

**Note:** Defendant's Exhibit No. 105 from the Motion Hearing on December 8-21, 2010 was also marked as Defendant's Exhibit No. 513 from the Jury Trial on April 4-28, 2011 and was returned on 10/6/2017 see Filing No. 1558.

If the pro se party fails to withdraw these exhibits as directed or to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the listed exhibits without further notice to the parties or order from the court.

IT IS SO ORDERED.

DATED this 12th day of March, 2018.

BY THE COURT:

s/ Robert F. Rossiter, Jr.
United States District Judge