IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:9CR457 |
| vs. | ORDER |
| SHANNON WILLIAMS, | |
| Defendant. | |

Now before the Court is Shannon Williams's ("Williams") Response to Show Cause Order (Filing No. 1588). Williams requests that the Court grant him a thirty-day extension in which to pick up the exhibits identified in this Court's March 12, 2018, Order to Withdraw Exhibits or to Show Cause Why Exhibits Should Not Be Destroyed (Filing No. 1582). Williams states his confinement requires him to ask family members to retrieve his exhibits and they have not yet been able to do so. Williams also generally suggests "the Exhibits will need to stay with the Clerk" if the Court grants a motion Williams has filed pursuant to Federal Rule of Civil Procedure 60(b)(6).

In light of the foregoing, the Court will grant Williams an extension of 120 days to withdraw the exhibits identified in the March 12, 2018, Order to Withdraw. Barring further order of this Court, if Williams fails to withdraw these exhibits as directed on or before July 23, 2018, the Clerk's office is directed to destroy the listed exhibits without further notice.

Dated this 23rd day of March, 2018.

BY THE COURT:

Robert F. Rossiter, Jr.
United States District Judge