IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:09CR457 |
| v. | |
| SHANNON WILLIAMS, | ORDER |
| Defendant. | |

This matter is before the Court on Defendant's Motion for Release of Presentence Report to Pro Bono Counsel (Filing No. 1646). Defendant Shannon Williams ("Williams"), through his newly retained counsel, seeks an order directing U.S. Probation and Pretrial Services ("USPPS") to provide a copy of the "Second Revised Presentence Report." In addition, the motion requests the Court grant counsel access to the Retroactive Sentencing Worksheet (Filing No. 1502).

In reviewing the file, the Court notes that the Presentence Investigation Report ("PSR") on file had been revised on two occasions prior to sentencing. The document entitled "Presentence Investigation Report" (Filing No. 1178) is the final operative PSR in this matter. Because that document is sealed, USPPS is authorized to disclose the PSR to Williams's counsel of record, Daniel W. Halston.

Williams additionally requests access to the Retroactive Sentencing Worksheet (Filing No. 1502). That document was filed as restricted and is available to counsel of record through CM/ECF.

Consistent with the foregoing, Williams's motion (Filing No. 1646) is granted.

IT IS SO ORDERED.

2

Dated this 9th day of February 2023.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge