IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>SHANNON WILLIAMS,<br><br>        Defendant. | 8:09CR457<br><br>**ORDER** |

      This matter is before the Court on defendant Shannon Williams's ("Williams") motions to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(2) and (c)(1)(A) (Filing Nos. 1652, 1653). Section 3582(c)(2) allows Williams to move to reduce his sentence "consistent with applicable policy statements" of the United States Sentencing Commission if he was "sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered" by the Commission. Section 3582(c)(1)(A), on the other hand, authorizes Williams to move the Court to "reduce [his] term of imprisonment" for "extraordinary and compelling reasons" thirty days after the warden of the facility where he is incarcerated receives a request to file such a motion on his behalf.

      Williams is currently serving a 480-month term of imprisonment at United States Penitentiary McCreary ("USP McCreary") in Pine Knot, Kentucky, for conspiring to distribute and possess with intent to distribute marijuana and money laundering. According to an exhibit filed with his motion (Filing No. 1655-2), Williams's counsel wrote to the warden of USP McCreary on November 13, 2023, to request he file a motion on Williams's behalf for a reduction of his sentence under section 3582(c)(1)(A). Williams states he received the warden's denial of his request thirty-six days later.

      The Court has completed an initial review of Williams's motions and supporting materials and finds he raises potentially colorable claims for sentencing relief warranting

further investigation. Accordingly, the government is ordered to respond to Williams's motions on or before February 2, 2024. Williams should thereafter reply to the government's response on or before February 16, 2024.

IT IS SO ORDERED.

Dated this 2nd day of January 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge