IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:09CR457 |
| v. | |
| SHANNON WILLIAMS, | ORDER |
| Defendant. | |

On April 28, 2011, a jury found defendant Shannon Williams ("Williams") guilty of conspiring to distribute 1,000 kilograms or more of marijuana ("Count I"), in violation of 21 U.S.C. §§ 841(a)(1), and (b)(1)(A)(vii), and 846, and conspiring to launder money ("Count II"), in violation of 18 U.S.C. § 1956(a)(1)(A)(i), (a)(1)(B)(i), and (h). The Court later sentenced Williams to concurrent 480-month and 240-month terms of imprisonment on Count I and Count II, respectively, with 10 years of supervised release to follow. On July 11, 2024, the Court reduced Williams's sentence on Count I to 372 months (Filing No. 1672) in ruling on his motions pursuant to 18 U.S.C. § 3582(c)(1)(A) and (c)(2) (Filing Nos. 1652, 1653).

Now before the Court is Williams's Motion for Reconsideration (Filing No. 1676) of the Court's Memorandum and Order reducing his sentence. *See United States v. Rollins*, 607 F.3d 500, 502 (7th Cir. 2010) (explaining that, though "[n]one of the Rules of Criminal Procedure authorizes a generic motion to reconsider," the Supreme Court has concluded such motions are proper). Williams challenges the Court's analysis in a few respects, including that his criminal history score has been erroneously calculated and may be further reduced by Amendment 821 to the United States Sentencing Guidelines. In light of Williams's arguments, the government is ordered to respond to his motion by September 4, 2024.

IT IS SO ORDERED.

Dated this 20th day of August 2024.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge