IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>     v.<br><br>SHANNON WILLIAMS,<br><br>               Defendant. | 8:09CR457<br><br>**ORDER** |

      This matter is before the Court on defendant Shannon Williams's Motion for Reconsideration (Filing No. 1676) of the Court's Memorandum and Order reducing his sentence (Filing No. 1672). The government has now responded to that motion (Filing No. 1681) as ordered (Filing No. 1678). As the parties point out, Williams received only 13 criminal history points at sentencing. The Court therefore erred in stating Williams received "a total of 19 criminal history points" based on his presentence investigation report and failing to clarify that later reduction. *United States v. Williams*, 8:09CR457, 2024 WL 3400680, at *2 (D. Neb. July 11, 2024).

      The parties further appear to agree that Amendment 821 to the United States Sentencing Guidelines could impact the Court's math in modifying Williams's sentence. To ensure everyone is on the same page, the United States Probation and Pretrial Services Office shall file a restricted retroactive sentencing worksheet demonstrating the effect of Amendment 821 in this matter. The parties may thereafter file a response to that worksheet within ten days of its filing. The Court will make a determination as to Williams's pending motion once it is fully apprised of the issues.

      IT IS SO ORDERED.

      Dated this 3rd day of October 2024.

BY THE COURT:

*Robert F. Rossiter, Jr.*

Robert F. Rossiter, Jr.
Chief United States District Judge