IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SHANNON WILLIAMS,<br><br>                Defendant. | 8:09CR457<br><br>**ORDER** |

      On December 20, 2023, defendant Shannon Williams ("Williams") moved for sentencing relief (Filing Nos. 1652, 1653) with the assistance of *pro bono* counsel. *See* 18 U.S.C. § 3582(c)(1)(A), (2). The Court partially granted Williams's requested relief (Filing Nos. 1672, 1688), reducing his sentence to 335 months imprisonment on Count I of the Superseding Indictment and 240 months on Count II of the Superseding Indictment, to run concurrently. A Second Amended Judgment (Filing No. 1689) reflecting this reduction was entered on January 23, 2025.

      Williams timely appealed (Filing No. 1690). At the same time, his *pro bono* counsel sought permission to withdraw from his case (Filing No. 1691). *See* NECrimR 44.1(e) ("An attorney who has appeared of record in a case may withdraw for good cause shown, but is relieved of applicable duties . . . only after filing a motion to withdraw with the court, providing proof of service of the motion on the client, and obtaining the court's leave to withdraw."). As they had previously reported to the Court, their representation of Williams was limited to the filing and litigation of his motions for sentencing relief. Upon the culmination of those proceedings, they stated, "the purpose of counsel's limited-scope representation" was "fulfilled, and their representation ha[d] therefore terminated."

The Court denied that motion without prejudice pending Williams's appeal (Filing No. 1695). On April 14, 2025, the Court of Appeals for the Eighth Circuit entered judgment affirming this Court's decision and permitting counsel to withdraw (Filing No. 1697).

Now before the Court is Williams's counsel's Renewed Motion to Withdraw Appearance (Filing No. 1698). They affirm, as they did before, that they have notified Williams of their motion. Under the present circumstances and in light of their limited scope of representation in this matter, the Court finds good cause to permit Williams's *pro bono* counsel to withdraw. Given that, the Renewed Motion to Withdraw Appearance (Filing No. 1698) is granted.

Dated this 16th day of April 2025.

BY THE COURT:

Robert F. Rossiter, Jr.
Chief United States District Judge